IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR155-1 |
| | : | |
| JULIO PARRA MONTOYA, | : | |
| also known as Julio Parramontoyo | : | |

The Grand Jury charges:

On or about January 18, 2025, in the County of Davidson, in the Middle District of North Carolina, JULIO PARRA MONTOYA, also known as Julio Parramontoyo, an alien who had previously been deported and removed from the United States on or about October 16, 2024, thereafter was found in the United States, in Lexington, North Carolina, having not obtained the consent of the Attorney General of the United States or the Secretary for Homeland

Security to reapply for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: April 28, 2025

RANDALL S. GALYON
Acting United States Attorney

BY: KYLE D. POUSSON
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON